# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JERRY L. WALTER,**

    Plaintiff(s),

**-vs-**

                                   **CASE NO.  3:10-cv-215**

                                   **District Judge Timothy S. Black**
                                   **Mag. Judge Michael R. Merz**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendation of the U.S. Magistrate Judge (doc 12) is **ADOPTED**.  Defendant's Objections (Doc. #13) are **OVERRULED.** The Commissioner's decision that the Plaintiff is not disabled and therefore not entitled to benefits under the Act is **REVERSED** and the matter is **REMANDED** for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation.  This case is **TERMINATED** on the docket of this Court.

Date:  April 11, 2011                                        **JAMES BONINI, CLERK**

                                                                By: <u>s/ M. Rogers</u>
                                                                Deputy Clerk