IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JERRY L. WALTER,

         Plaintiff,

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

         Defendant.

Case No. 3:10-cv-215

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d) ("EAJA"), (Doc. 17), be granted and that counsel be awarded $4,302.50 in fees.

August 31, 2011.

                                            *Timothy S. Black*
                                            Timothy S. Black
                                            United States District Judge